UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ERIC GADDIS,<br><br>Plaintiff | Case No. 22-cv-05332-PJH<br><br>**ORDER OF DISMISSAL** |

This case was opened when plaintiff, a Wyoming state prisoner proceeding pro se, wrote a letter to the court. In an effort to protect his rights, it was filed as a new case. Plaintiff has now filed a notice stating that he did not intend to file a case and seeks to voluntarily dismiss this action. Docket No. 4. This case is therefore **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a). No fee is due.

**IT IS SO ORDERED.**

Dated: November 10, 2022

                                                          /s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge